

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dolores Sandoval | Civil Action No.   19-cv-01477-WVG |
| **Plaintiff,** | |
| V. | |
| Andrew Saul, Commissioner of Social Security | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's Motion for Summary Judgment is GRANTED IN-PART and Defendant's Cross-Motion for Summary Judgment is DENIED-IN-PART. The Court orders the matter be remanded to the ALJ for further proceedings consistent with this Order. The Clerk of Court is instructed to enter judgment accordingly and close the case.

Date:   7/29/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M. Exler

M. Exler, Deputy