UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES SANDOVAL,<br><br>                              Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>                              Defendant. | Case No.: 19-CV-1477-WVG<br><br>**ORDER GRANTING JOINT MOTION FOR ATTORNEY FEES**<br><br>**[Doc. No. 21.]** |

The parties have stipulated that Plaintiff be awarded attorney fees in the amount of $6,500 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action in accordance with 28 U.S.C. §§ 1920; 2412(d).

Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After this Order is entered, the government shall determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the

payment of fees, expenses and costs to be made directly to Josephine M. Gerrard, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Josephine M. Gerrard.

This fee award is the result of a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Josephine M. Gerrard, including her firm, Gerrard Law Offices, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Josephine M. Gerrard or Gerrard Law Offices to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA. The EAJA award will be deducted from the 42 U.S.C. § 406(b) motion for attorney fees.

The Court find Plaintiff meets the statutory requirements for an award of attorney fees under the EAJA.

IT IS HEREBY ORDERED that the Commissioner of Social Security shall pay $6,500 in attorney's fees.

**IT IS SO ORDERED.**

DATED: August 24, 2020

Hon. William V. Gallo
United States Magistrate Judge